BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| QIANNA MARIE JACKSON,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 2:10-CV-01874-GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME |

      IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for filing the administrative record be extended 30 days from December 28, 2010 to January 27, 2011.  This is Defendant's first request for an extension of time to respond to Plaintiff's complaint.

//
//
//
//
//

1  Defendant needs the additional time to prepare the administrative transcript in this matter.

Respectfully submitted,

Dated: December 23, 2010    */s/ Bess M. Brewer*
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

Dated: December 23, 2010    BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Kathryn R. Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney
Social Security Administration

**ORDER**

**IT IS SO ORDERED:**

Dated: December 27, 2010    /s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge