1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QIANNA MARIE JACKSON** | CASE NO. 2:10-CV-01874-GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2011, to March 29, 2011.  This is plaintiff's first request for an extension and it is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: February 17, 2011 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: February 17, 2011          Benjamin B. Wagner

United States Attorney

/s/ *Kathryn Watson*
KATHRYN WATSON

Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 24, 2011          /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

jackson1874.eot