1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANNA MARIE JACKSON, | CASE NO. 2:10-CV-01874-GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 29, 2011, to March 31, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule.

////

////

////

////

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 28, 2011 | */s/Bess M. Brewer* |
| 3 | | BESS M. BREWER |
| | | Attorney at Law |
| 4 | | Attorney for Plaintiff |

Dated: March 29, 2011          Benjamin B. Wagner
                                United States Attorney

                                /s/ *Kathryn Watson*
                                KATHRYN WATSON

                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 31, 2011          /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                U.S. MAGISTRATE JUDGE