1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10          EASTERN DISTRICT OF CALIFORNIA

11                **SACRAMENTO DIVISION**

12

13  QIANNA MARIE JACKSON,          )
                                   )        Case No. 2:10-CV-01874-GGH
14          Plaintiff,             )
                                   )        STIPULATION AND ORDER TO EXTEND
15             v.                  )        TIME
                                   )
16  MICHAEL J. ASTRUE,             )
    Commissioner of               )
17  Social Security,               )
                                   )
18          Defendant.             )
    _____)

19

20          IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and

21  with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion

22  for Summary Judgment be extended 30 days from May 2, 2011 to June 2, 2011.  This is Defendant's

23  first request for an extension of time to respond to Plaintiff's motion.

24  //

25  //

26  //

27  //

28  //

1    Defendant needs the additional time to explore settlement.

2

3                                    Respectfully submitted,

4

5    Dated: April 29, 2011            */s/ Bess M. Brewer*
                                      (As authorized via email)
6                                     BESS M. BREWER
                                      Attorney for Plaintiff

7

8    Dated: April 29, 2011            BENJAMIN B. WAGNER
                                      United States Attorney
9                                     LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
10                                    Social Security Administration

11                                    */s/ Kathryn R. Watson*
                                      KATHRYN R. WATSON
12                                    Special Assistant United States Attorney
                                      Social Security Administration
13

14

15                                    **ORDER**

16   **IT IS SO ORDERED:**

17

18

19   Dated: May 3, 2011               /s/ Gregory G. Hollows
                                      United States Magistrate Judge
20

21   jackson1874.eot2

22

23

24

25

26

27

28

                                      2                      10-cv-1874 GGH