1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                      **SACRAMENTO DIVISION**

12  QIANNA MARIE JACKSON,              )
                                       )
13         Plaintiff,                  )      Case No. 2:10-CV-01874-GGH
                                       )
14                                     )      STIPULATION AND ORDER TO TO
           v.                          )      VOLUNTARY REMAND PURSUANT TO
15                                     )      SENTENCE FOUR OF 42 U.S.C. § 405(g)
   MICHAEL J. ASTRUE,                  )      AND TO ENTRY OF JUDGMENT
16  Commissioner of                    )
   Social Security,                    )
17                                     )
           Defendant.                  )
18  _____)

19
           IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the
20
   approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this
21
   case  pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.
22
           Upon remand, an Administrative Law Judge (ALJ) will reassess claimant's credibility, as well as
23
   the credibility of the third party report submitted by claimant's mother.  If necessary, the ALJ will obtain
24
   vocational expert testimony regarding the physical and mental requirements of her past relevant work.
25
   The claimant will be offered an opportunity for a hearing.
26
   //
27
   //
28

1    Defendant will lodge a proposed Judgment of Remand concurrent with the filing of this

2    stipulation.

3

4                                           Respectfully submitted,

5

6    Dated: May 10, 2011                    */s/ Bess M. Brewer*
                                            (As authorized via email)
7                                           BESS M. BREWER
                                            Attorney for Plaintiff
8

9    Dated: May 10, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney
10                                          LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX
11                                          Social Security Administration

12                                          */s/ Kathryn R. Watson*
                                            KATHRYN R. WATSON
13                                          Special Assistant United States Attorney
                                            Social Security Administration
14

15

16                                          **ORDER**

17
     Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g)
18
     and to Entry of Judgment ("Stipulation of Remand"), **IT IS ORDERED** that the above-captioned action
19
     is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of
20
     the Stipulation of Remand.
21

22

23   Dated: May 10, 2011                    /s/ Gregory G. Hollows
                                            THE HONORABLE GREGORY G. HOLLOWS
24                                          United States Magistrate Judge

25

26

27

28

                                             2                          10-cv-1874 GGH