BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8928
Facsimile: (415) 744-0134
E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANNA MARIE JACKSON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　Defendant. | Case No. 2:10-CV-01874-GGH<br><br>JUDGMENT OF REMAND |

　　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: May 10, 2011　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge